### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**Civil Action No.** _____

Jake Goodwin**, Plaintiff,**

**v.**

Frederick J. Hanna & Associates, P.C.**, Defendant.**

### COMPLAINT

### PARTIES

1. Plaintiff Jake Goodwin is a resident of Colorado who presently resides at the following address: 1474 N. Yampa Ave., #33 in Craig, CO 81625.

2. Defendant Frederick J. Hanna is a resident of Georgia who is located at the following address: 1427 Roswell Rd. in Marietta, GA 30062.

### JURISDICTION

3. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692 and under the doctrine of Supplemental Jurisdiction pursuant to 28 U.S.C. §1367(a).  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### BRIEF FACTUAL BACKGROUND

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

6. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

7. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

8. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

9. On or around March 11, 2010, Defendant telephoned Plaintiff.

10. During this communication, Defendant threatened to take legal action against Plaintiff if the debt was not paid.

11. At the time of this communication, Defendant had neither the intent nor ability to take legal action against Plaintiff.

12. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

13. Defendant violated the FDCPA.

## FIRST CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## SECOND CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## THIRD CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## FOURTH CLAIM FOR RELIEF

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## FIFTH CLAIM FOR RELIEF

### Intentional Infliction of Emotional Distress

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. Defendant engaged in conduct that was truly extreme and outrageous.

24. Defendant intended to inflict severe distress and/or knew that there was a high probability that their actions would cause severe emotional distress.

25. As a result of Defendant's extreme conduct, Plaintiff suffered severe emotional distress.

## JURY DEMAND

26. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

27. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. Judgment, in an amount to be determined at trial, against Defendant for the Intentional Infliction of Emotional Distress.

  c. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
Macey & Aleman, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*